78700

FIERI FACIAS/WRIT OF EXECUTION
(Fi Fa)

I CERTIFY THIS TO BE A TRUE
AND ACCURATE COPY OF THE ORIGINAL

BY: _____

## STATE OF TENNESSEE

To the Sheriff of **Monroe** County, You are hereby commanded, that of the monies, goods, chattels, lands and tenements of **George Joseph Raudenbush, III, 135 JD Farm Road or 104 McConnell Street, Tellico Plains, TN 37385** if to be found in your county, that you collect the sum of **$469.50**, for costs of appeal adjudged against him/her/them in our appellate court, whereof **he is** convict and liable as it appears of record; and that you have said monies, together with this writ, ready to render before the judges of said Court, at the Supreme Court building in Nashville.

Michael W. Catalano, Clerk, of our said Court, at office in Nashville, this the **26th** day of **May, 2010**.

Michael W. Catalano, Clerk

By _Flora Gibson_ D.C.

NOTE TO SHERIFF OR OFFICER:

This Fi Fa is a legal order from the Tennessee Supreme Court (or Appellate Court) instructing you to execute and collect the court costs and/or judgment, adjudged in this case and endorsed thereon, from the party or parties indicated therein (litigants and/or sureties) and turn same into the undersigned Clerk. **If said party declines to pay voluntarily, the Sheriff, by statute, may attach or garnish his monies, bank accounts, wages due, automobile, lands and/or other non-exempt assets or properties, or, you may similarly proceed against the sureties who signed the appeal bond. The collection fee allowed the sheriff (officer's commission) is fixed by statute and should be added to the sums shown herein.** When collected, the net amount due to the Court should be made payable to the Appellate Court Clerk and forwarded to the Appellate Court Cost Center, P.O. Box 198781, Arcade Station, Nashville, Tennessee 37219-8781, accompanied by this writ duly endorsed. Thank you for your cooperation.

---

STATE OF TENNESSEE
WRIT OF EXECUTION (Fi Fa)

78700

Monroe County

City of Englewood

vs.

George J. Raudenbush, III

Issued May 26, 2010

Judgment _____

Court Costs .................. $469.50

Sheriff's Fee .................. $

TOTAL .................. $

Officer's Return:
☐ Bad Address   ☐ House Vacant
☐ Moved, left no forwarding address
☐ Nulla Bona
☐ Other Comments